■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID A. WITHERSPOON, Appellant. (Appeal No. 2.) [885 NYS2d 702]—Appeal from a judgment of the Livingston County Court (Joan S. Kohout, A.J.), rendered July 11, 2006. The judgment convicted defendant, upon a jury verdict, of criminal sale of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Witherspoon* (66 AD3d 1456 [2009]). Present—Martoche, J.P., Centra, Fahey, Peradotto and Green, JJ.